## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

George Moore

                Plaintiff,

v.                                             Case No.: 1:18−cv−00666
                                                 Honorable Ronald A. Guzman

National Gas & Electric, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 12, 2018:

      MINUTE entry before the Honorable Ronald A. Guzman: Initial status hearing held on 4/12/2018. Joint motion for extension of time to respond to complaint [15] is granted. Defendants to answer or otherwise plead by 5/3/2018. Amended pleadings and joinder of parties due by 7/12/2018. Fact discovery ordered closed by 10/12/2018. NO EXTENSIONS. Status Report due by 8/13/2018 as to the status on filing a motion for class certification. Status hearing set for 8/21/2018 at 09:30 AM. Discovery supervision and all discovery motions including protective orders without authority to extend discovery deadlines is being referred to the designated magistrate judge. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.