# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GEORGE MOORE on behalf of himself and others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 1:18-cv-00666 |
| v. | ) ) Honorable Ronald A. Guzman |
| NATIONAL GAS & ELECTRIC, LLC and EMC HITECH SOLUTIONS CORP. | ) ) ) |
| Defendants. | ) ) ) |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

The undersigned parties, by and through their respective counsel, hereby agree and stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A) to the dismissal of this action with prejudice. Each party will bear its own attorney's fees, costs, and expenses related to this action. Other than the Plaintiff, the rights of the putative class members are not impacted by this settlement.

DATED: August 13, 2018

| **Defendant National Gas & Electric, LLC** | **Plaintiff George Moore** |
|---|---|
| /s/ William J. Kraus | /s/ Anthony Paronich |
| William J. Kraus | Anthony Paronich |
| Morgan, Lewis & Bockius LLP | Broderick & Paronich, P.C. |
| 77 West Wacker Drive, Suite 500 | 99 High Street, Suite 304 |
| Chicago, IL 60601 | Boston, MA 02110 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the ECF System which will send notification of such filing to all counsel and parties of record.

/s/ *Anthony Paronich*